*June 4, 1929.*

STEFFEN, Appellant, vs. MILLER and another, Respondents.

For the appellant: *Albert H. Krugmeier* and *Joseph Witmer,* both of Appleton.

For the respondents: *Fisher & Cashin* of Stevens Point and *Bradford & Bradford* of Appleton.

*By the Court.*—Judgment affirmed.

LOESING, Respondent, vs. MUHS BAKING COMPANY, Appellant.

For the appellant: *G. E. Ostrander* of Sheboygan.
For the respondent: *Werner & Clemens* of Sheboygan.

*By the Court.*—Judgment affirmed.

KLUG, Respondent, vs. EICKELBERG, Appellant.

For the appellant: *George A. Hartman* of Juneau and *Clark & Lueck* of Beaver Dam.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Judgment affirmed.